OPINION — AG **** PAROLE — CONSIDERATION — TIME **** SPLIT SENTENCES ARE NOT PRESENTLY AUTHORIZED BY OKLAHOMA LAW, AND ANY LANGUAGE IN A JUDGMENT AND SENTENCE ISSUED SINCE THE REPEAL OF 22 O.S. 1961 SECTION 991[22-991], [22-991] AS AMENDED BY CH.333, O.S.L. 1963, AND BY CH. 196, O.S.L. 1965, SHOULD BE TREATED AS SURPLUSAGE AND DISREGARDED. THE PROVISIONS OF 57 O.S. 1961, SECTION 332.7[57-332.7], [57-332.7] RELATING TO CONSIDERATION FOR PAROLE UPON COMPLETION OF ONE-THIRD (1/3) OF A SENTENCE, ARE APPLICABLE ONLY TO THE FULL TERM OF ANY SPLIT SENTENCES GIVEN WHEN SPLIT SENTENCES WERE AUTHORIZED. CITE: 57 O.S. 1968 Supp., 501-524 [57-501] — [57-524], 22 O.S. 1968 99A [22-99A], 57 O.S. 1968 353-356 [57-353] — [57-356], OPINION NO. 63-484. HUGH H. COLLUM